IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEBMAP TECHNOLOGIES LLC<br><br>v.<br><br>CITY ACCOMODATIONS NETWORK, INC.;<br>ET AL. | NO. 2:09-cv-00343-TJW<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, WebMap Technologies LLC, states that its parent is Acacia Patent Acquisition LLC. No publicly traded company owns 10% or more of Plaintiff's stock; however, a publicly traded corporation, Acacia Research Corporation, owns more than 10% of Acacia Patent Acquisition LLC's stock.

November 3, 2009

Respectfully submitted,

WEBMAP TECHNOLOGIES LLC

By: /s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas State Bar No. 00789758
Michael J. Collins
Texas Bar No. 04614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 501-3425
Facsimile: (832) 415-2535
johnedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

 

                Andrew W. Spangler  
                State Bar No. 24041960  
                Spangler Law P.C.  
                208 N. Green Street, Suite 300  
                Longview, Texas 75601  
                (903) 753-9300  
                (903) 553-0403 (fax)  
                spangler@spanglerlawpc.com

                ATTORNEYS FOR PLAINTIFF  
                WEBMAP TECHNOLOGIES LLC

CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 3, 2009                /s/ John J. Edmonds  
                                  John J. Edmonds