IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **WEBMAP TECHNOLOGIES, LLC** | § | |
| | § | |
| **V.** | § | NO. 2:09CV343 |
| | § | |
| **CITY ACCOMODATIONS NETWORK,** | § | |
| **INC. a/k/a U.S. TRAVEL GROUP, AND** | § | |
| **d/b/a RIVERWALK HOTEL MAP AND** | § | |
| **d/b/a AIRPORT HOTEL GUIDE, AND** | § | |
| **d/b/a AUSTIN HOTEL MAP, ET AL.** | § | |

## ORDER OF RECUSAL

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

SIGNED this 5th day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE