**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WEBMAP TECHNOLOGIES LLC | § § | |
| vs. | § § | CASE NO. 2:09-CV-343-DF-CE |
| CITY ACCOMMODATIONS NETWORK, INC., ET AL. | § § § | |

**REPORT AND RECOMMENDATION**

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. Pending before the court are the defendants Yelp, Inc.'s, Zagat Survey, LLC's, City Accommodations Network Inc.'s, and Google, Inc.'s motion to dismiss (Dkt. No. 56); the defendants Yelp, Inc.'s, Zagat Survey, LLC's, City Accommodations Network Inc.'s, and Google, Inc.'s motion for a more definite statement (Dkt. No. 59); and the defendant Yahoo! Inc.'s motion to dismiss (Dkt. No. 69), which allege that the plaintiff WebMap Technologies LLC's original complaint is deficient. After the defendants filed these motions, the plaintiff filed an amended complaint. As such, the undersigned recommends DENYING the defendants' motions as moot.

A party's failure to file written objections to the findings, conclusions, and recommendations contained in this report within fourteen days after being served with a copy shall bar that party from de novo review by the district judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings, and legal conclusions accepted and adopted by the district court. Fed. R. Civ. P. 72(b)(2); *see Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

SIGNED this 27th day of April, 2010.

                                                    _____
                                                  CHARLES EVERINGHAM IV
                                                  UNITED STATES MAGISTRATE JUDGE