IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEBMAP TECHNOLOGIES LLC<br><br>v.<br><br>CITY ACCOMODATIONS NETWORK, INC.;<br>ET AL. | Civil Action No. 2:09-CV-0343-DF<br><br>JURY TRIAL DEMANDED |

## **DOCKET CONTROL ORDER**

It is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| STEP | ACTION | RULE | DATE |
|---|---|---|---|
| 1. | Initial Case Management Conference | P. R. 2-1<br>FRCP 26(f) | April 28, 2010 |
| 2. | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | P.R. 3-1 | April 26, 2010 |
| 3. | Patentee makes Document Production Accompanying Disclosure | P.R. 3-2 | April 26, 2010 |
| 4. | Initial Disclosures | FRCP 26(a)(1) | May 12, 2010 |
| 5. | Accused Infringer serves Preliminary Invalidity Contentions | P.R. 3-3 | June 10, 2010 |
| 6. | Accused Infringer makes Document Production Accompanying Preliminary Invalidity Contentions (To the extent that Defendants' | P.R. 3-4 | June 10, 2010 |

1

| STEP | ACTION | RULE | DATE |
|---|---|---|---|
|  | productions include source code, that source code shall be made available pursuant to the terms of the protective entered by the Court.) |  |  |
| 7. | All parties make Exchange of Proposed Terms and Claim Elements for Construction | P.R. 4-1(a) | June 14, 2010 |
| 8. | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court |  | June 21, 2010 |
| 9. | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | P. R. 4-1(b) | June 28, 2010 |
| 10. | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | P. R. 4-2 | July 9, 2010 |
| 11. | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | P. R. 4-2(c) | July 16, 2010 |
| 12. | All parties jointly file Joint Claim Construction and Prehearing Statement | P. R. 4-3 | August 2, 2010 |
| 13. | Deadline to join other parties without leave of Court |  | August 2, 2010 |
| 14. | Completion of Claim Construction Discovery | P. R. 4-4 | September 1, 2010 |
| 15. | Patentee files opening claim construction brief | P R. 4-5(a) | September 15, 2010 |
| 16. | Parties to agree upon a mediator |  | May 12, 2010 |
| 17. | Accused Infringer files responsive claim construction brief | P. R. 4-5(b) | September 29, 2010 |

| STEP | ACTION | RULE | DATE |
|---|---|---|---|
| 18. | Patentee files reply brief on claim Construction | P. R. 4-5(c) | October 6, 2010 |
| 19. | Mediation | | October 13, 2010 |
| 20. | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction | | October 13, 2010 |
| 21. | Parties file Join Claim Construction Chart | P. R. 4-5(d) | October 25, 2010 |
| 22. | Pre-hearing Conference and technical tutorial if necessary | | To be determined by the Court. |
| 23. | Claim Construction Hearing | P. R. 4-6 | November 4, 2010, 9:00 a.m. |
| 24. | Patentee makes Final Infringement Contentions | P. R. 3-6(a) | March 4, 2011 |
| 25. | Accused Infringer serves Preliminary Unenforceability Contentions | | March 14, 2001 |
| 26. | Accused Infringer makes Document Production Accompanying Preliminary Unenforceability Contentions | | March 14, 2011 |
| 27. | Accused Infringer makes Final Invalidity Contentions | P.R. 3-6(b) | March 24, 2011 |
| 28. | Accused Infringer makes disclosure relating to willfulness | P.R. 3-8 | March 24, 2011 |
| 29. | Accused Infringer makes Final Unenforceability Contentions | | April 4, 2011 |
| 30. | Deadline for completion of all fact discovery | | July 22, 2011 |
| 31. | Deadline for disclosure of expert testimony on issues for which a | FRCP 26(a)(2) L.R. CV-26(b) | September 19, 2011 |

| STEP | ACTION | RULE | DATE |
|---|---|---|---|
|  | party bears the burden of proof |  |  |
| 32. | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) On or about | October 17, 2011 |
| 33. | Deadline to file amended pleadings without leave of Court |  | October 28, 2011 |
| 34. | Deadline for completion of expert discovery |  | November 18, 2011 |
| 35. | Deadline for objections to other parties' expert witnesses |  | December 9, 2011 |
| 36. | Deadline for filing Dispositive motions, including motions on invalidity and unenforceability |  | December 9, 2011 |
| 37. | Deadline for filing all *Daubert* motions |  | December 9, 2011 |
| 38. | Deadline for parties to make pretrial disclosures | FRCP 26(a)(3) | January 20, 2012 |
| 39. | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form |  | January 20, 2012 |
| 40. | Defendant and Third parties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form |  | January 20, 2012 |
| 41. | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition |  | February 10, 2012 |

| STEP | ACTION | RULE | DATE |
|------|--------|------|------|
|  | designations, and exhibit and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. |  |  |
| 42. | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits |  | To be set by the Court at a later date. |
| 43. | Final Pretrial Conference before Judge David Folsom |  | March 5, 2012 |
| 44. | Jury Selection before Judge David Folsom |  | To be set by the Court at a later date. |

SIGNED this 26th day of May, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE