IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEBMAP TECHNOLOGIES LLC | |
| v. | Civil Action No. 2:09-CV-343-DF-CE |
| CITY ACCOMODATIONS NETWORK, ET AL. | JURY |

## PLAINTIFF'S LIMITATION OF ASSERTED CLAIMS

Plaintiff WebMap Technologies LLC ("WebMap") hereby limits the number of asserted claims to no more than ten (10), as follows:

I.

In accordance with the Court's schedule and procedures, WebMap hereby limits the asserted claims of the '142 patent to claims 1, 2, 6, 9, 13, 16, 17, 21, 22 and 24.

June 21, 2010                                            Respectfully submitted,

WEBMAP TECHNOLOGIES LLC

By: /s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 00789758
Michael J. Collins
Texas Bar No. 04614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

        Andrew W. Spangler
        State Bar No. 24041960
        Spangler Law P.C.
        208 N. Green Street, Suite 300
        Longview, Texas 75601
        (903) 753-9300
        (903) 553-0403 (fax)
        spangler@spanglerlawpc.com

        ATTORNEYS FOR PLAINTIFF
        WEBMAP TECHNOLOGIES LLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

June 21, 2010                                                   /s/ John J. Edmonds____
                                                                      John J. Edmonds