UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WEBMAP TECHNOLOGIES LLC | § § | |
| vs. | § § | CASE NO. 2:09-CV-343-DF-CE |
| CITY ACCOMMODATIONS NETWORK, INC., ET AL. | § § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 171), which contains his recommendation that my recusal from this case is not necessary, has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, I will not recuse myself from presiding over this case.

**SIGNED this 29th day of June, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE