IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEBMAP TECHNOLOGIES LLC,<br><br>  v.<br><br>CITY ACCOMODATIONS NETWORK, INC.;<br>ET AL. | No. 2:09-CV-0343-DF-CE |

## ORDER

Upon consideration of Plaintiff WebMap Technologies and Defendants Google Inc., Yahoo! Inc., and Zagat Survey LLC's Joint Motion to Amend Docket Control Order (Docket No. 167),

**IT IS HEREBY ORDERED THAT:**

The Joint Motion To Amend Docket Control Order is **GRANTED.**  The Court hereby vacates all claim construction dates and reschedules the Claim Construction Hearing.  The Claim Construction hearing is hereby re-set for June 22, 2011, at 9:00 a.m.

All parties shall meet and confer to prepare a revised schedule based on this new hearing date; the parties will then promptly submit that revised schedule to the Court for the Court's consideration.

**IT IS SO ORDERED.**

SIGNED this 9th day of July, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE