IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEBMAP TECHNOLOGIES LLC | |
| v. | NO. 2:09-cv-00343-DF-CE |
| CITY ACCOMODATIONS NETWORK, INC.; ET AL. | JURY |

## PLAINTIFF'S NOTICE OF DISMISSAL REGARDING GARMIN LTD.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff WebMap Technologies LLC respectfully submits this notice of voluntary dismissal of all claims against Defendant, Garmin Ltd.

August 10, 2010

Respectfully submitted,

WEBMAP TECHNOLOGIES LLC

By: /s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas State Bar No. 00789758
Michael J. Collins
Texas Bar No. 04614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
johnedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

>Andrew W. Spangler
>State Bar No. 24041960
>Spangler Law P.C.
>208 N. Green Street, Suite 300
>Longview, Texas 75601
>(903) 753-9300
>(903) 553-0403 (fax)
>spangler@spanglerlawpc.com
>
>ATTORNEYS FOR PLAINTIFF
>WEBMAP TECHNOLOGIES LLC

CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 10, 2010                        /s/ John J. Edmonds
                                             John J. Edmonds